UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANA CLARK, individually and on behalf of a Class of others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>COUNTY OF SALEM, RAYMOND C. SKRADZINSKI, both individually and in his official capacity as the Warden of the Salem County Correctional Facility, SALEM COUNTY SHERIFF'S DEPARTMENT, CHARLES MILLER, both individually and in his official capacity as Sheriff of the County of Salem,<br><br>　　　　　　　　Defendants. | CIVIL ACTION<br><br>DOCKET NO. 07-CV 2259 (RMB) |

**NOTICE OF MOTION FOR FINAL APPROVAL, FOR AN AWARD OF EXPENSES AND ATTORNEYS' FEES, AND FOR APPROVAL OF INCENTIVE AWARD TO THE CLASS REPRESENTATIVE**

PLEASE TAKE NOTICE THAT, upon the declaration of Seth Lesser, with attachments, and Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Actions Settlement, for An Award of Expenses and Attorneys' Fees, and For Approval of Incentive Award to The Class Representative, Plaintiff will move this Court, at the Mitchell H. Cohen Building & United States Courthouse, 48th and Cooper Streets, Camden, New Jersey, 08101, on May 7, 2009 at 10:30 a.m., or as soon thereafter as counsel can be heard, for an order pursuant to Fed. R. Civ. Proc. 23(e) granting final approval of the settlement of this action as a class action, awarding attorneys' fees and expenses to Class Counsel pursuant to Fed. R. Civ. P. 23(h) and Fed. R. Civ. P. 54(d)(2), awarding an incentive payment to Class Representative Dana Clark, and providing for the relief detailed in the Proposed Order for Final Approval of Settlement, together with any other relief that this Court finds to be just, proper and equitable.

Under the terms of the Settlement Agreement, Defendants have indicated their consent to this motion.

Dated: April 30, 2009                                   Respectfully Submitted By:


  /s/ Seth Lesser
Seth Lesser
Fran Rudich
**Klafter Olsen & Lesser LLP**
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone:		(914) 934-9200
Telecopier:		(914) 934-9220

Charles LaDuca
Alexandra C. Warren
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, NE
Washington, DC 20002
Telephone:		202-789-3960
Telecopier:		202-789-1813

William A. Riback
**William Riback, LLC**
132 Haddon Avenue
Haddonfield, NJ 08033
Telephone:		856-857-0008
Telecopier:		856-857-0028

Elmer Robert Keach, III
**LAW OFFICES OF ELMER ROBERT KEACH, III, PC**
1040 Riverfront Center
Post Office Box 70
Amsterdam, NY 12010
Telephone:		518-434-1718
Telecopier:		518-770-1558

**ATTORNEYS FOR PLAINTIFF AND CLASS**